Sunbeam Heating Company, Inc., Plaintiff, v. Edward W. and Mary C. Chambers, and George and Annie Tomes et al., Defendants. Albert E. Lake, Petitioner, and Peter A. Grosso, Respondent.
Appeal of Albert E. Lake et al., Appellants. Peter A. Grosso, Appellee.

Gen. No. 42,591.

630

Heard in the second division, first district, this court at the February term, 1943; opinion filed February 10, 1944; rehearing denied March 9, 1944. Albert E. Lake, for appellants; Joseph B. Gilbert, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.